# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR GREGORY LUNDEEN, IV, et al., )
        Plaintiffs, )  Case No. 2:17-cv-01981-JAD-CWH
vs. )  **ORDER**
BANK OF NEW YORK MELLON CORPORATION, )
        Defendant. )

Presently before the court is Plaintiffs Arthur Gregory Lundeen and Audra Marie Lundeen and Defendant Bank of New York Mellon Corporation's Joint Status Report and Order to Extend Deadline for Defendant to File Responsive Pleading (ECF Nos. 6,7), filed on August 22, 2017.

This filing was signed by Fred W. Kennedy for Plaintiffs and Jamie K. Combs for Defendant. Based on the sealed order of suspension (ECF No. 3) in 2:17-ms-00028, Mr. Kennedy is suspended from practice in the United States District Court for the District of Nevada. The court therefore will deny this stipulation without prejudice as Mr. Kennedy is not authorized to appear before this court.

IT IS THEREFORE ORDERED that the parties' Joint Status Report and Order to Extend Deadline to File Responsive Pleading (ECF No. 6) is DENIED without prejudice.

IT IS FURTHER ORDERED that Mr. Kennedy must serve a copy of this order on Plaintiffs and must file proof of that service by August 31, 2017.

IT IS FURTHER ORDERED that by September 21, 2017, Plaintiffs must (1) file a notice advising the court that they will represent themselves or (2) retain an attorney, who must file a notice of appearance by that date.

DATED: August 24, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**