# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR GREGORY LUNDEEN, IV, et al., )
                    Plaintiffs, )    Case No. 2:17-cv-01981-JAD-CWH
)
vs. )    **ORDER**
)
BANK OF NEW YORK MELLON )
CORPORATION, )
)
                    Defendant. )

This matter is before the court on the issue of whether Plaintiffs intend to represent themselves or retain a new attorney.

On August 24, 2017, the court entered an order (ECF No. 8) that denied without prejudice the parties' stipulation to extend time for Defendant Bank of New York Mellon Corporation to file a responsive pleading on the grounds that Plaintiffs' attorney, Fred W. Kennedy, is not authorized to appear before this court. The court ordered Mr. Kennedy to serve a copy of the order on Plaintiffs and to file proof of that service by August 31, 2017. (*Id.*) The court further ordered the Plaintiffs to file a notice advising the court whether they will represent themselves or retain a new attorney. (*Id.*)

On September 5, 2017, the court's order (ECF No. 8), which was served on Mr. Kennedy at 528 South Casino Center Boulevard, Suite 310, Las Vegas, Nevada, 89101, was returned as undeliverable. (Mail Returned as Undeliverable (ECF No. 9).) Today, the court re-mailed the order to Mr. Kennedy at 719 South 6th Street, Las Vegas, Nevada, 89101, which is the address listed on the parties' stipulation (ECF No. 7). Given that Mr. Kennedy did not receive the court's previous order, the court will amend the deadlines in that order as follows:

- By September 18, 2017, Mr. Kennedy must serve a copy of the court's previous order (ECF No. 8) and this order on Plaintiffs and file proof of that service.
- By October 10, 2017, Plaintiffs must (1) file a notice advising the court that they will represent themselves or (2) retain an attorney, who must file a notice of appearance by that date.

DATED: September 11, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**