# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR GREGORY LUNDEEN, IV, et al., | |
| Plaintiffs, | Case No. 2:17-cv-01981-JAD-CWH |
| vs. | **ORDER** |
| BANK OF NEW YORK MELLON CORPORATION, | |
| Defendant. | |

Plaintiffs' attorney Fred W. Kennedy was reinstated to practice in the United States District Court for the District of Nevada on September 21, 2017. The court therefore vacates its previous order (ECF No. 11) requiring Plaintiffs to inform the court whether they intend to represent themselves or to retain a new attorney.

IT IS SO ORDERED.

DATED: September 22, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**