ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon, as
Trustee for the Certificate Holders of the CWALT,
Inc., Alternative Loan Trust, 2006-40T1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTHUR GREGORY LUNDEEN IV and AUDRA MARIE LUNDEEN,<br><br>               Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION AKA THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-40T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-40T1; DOES I-X; and ROES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:17-cv-01981-JAD-CWH<br><br>**MOTION TO EXTEND DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINE.**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, The Bank of New York Mellon, as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust, 2006-40T1 (**BoNYM**) moves to extend the dispositive motion deadline and the joint pre-trial order deadline by sixty (60) days. This is BoNYM's first request for an extension of the dispositive motion and joint pre-trial order deadlines.

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

45037558;1

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to the current scheduling order, ECF No. 19, the deadline to file dispositive motions is April 25, 2018. BoNYM requests this deadline be postponed by 60 days to allow it to consider a currently pending settlement offer. The parties orally agreed to postpone the deadlines, and intended to submit a stipulation to that effect. *See* Decl. of Jamie K. Combs, attached as Exhibit A. However, because undersigned counsel has not yet obtained written confirmation of Plaintiff's counsel to e-sign and file the stipulation, she files this motion out of an abundance of caution. *Id.*

### A.    Procedural History

Plaintiffs filed the underlying complaint in the Eighth Judicial District Court on or about May 9, 2017. Plaintiffs subsequently filed an amended complaint, and served BoNYM on June 22, 2017. BoNYM filed a Petition for removal on July 20, 2017. ECF No. 1. BoNYM filed a motion to dismiss on September 25, 2018. ECF No. 12. The motion to dismiss is fully briefed and pending decision. The parties filed a proposed discovery plan/scheduling order on January 16, 2018, which was approved on January 19, 2018. ECF Nos. 19, 20. Per the order, the dispositive motion deadline expires on April 25, 2018.

### B.    Good Cause to Extend Deadlines

Counsel for the parties met in person to discuss settlement on March 6, 2018, during which time a settlement offer was conveyed to BoNYM. At this meeting, counsel for the parties orally agreed to postpone the upcoming deadlines during the settlement negotiations, and intended to submit a stipulation to that effect. The following week, on March 13, 2018, the parties agreed to allow an appraisal to be done to assist with the settlement negotiations. The parties are currently awaiting the completion of the appraisal.

Counsel for BoNYM prepared and sent Plaintiffs' counsel a stipulation to extend deadlines on March 21, 2018 via e-mail. A follow-up e-mail was sent on March 26, 2018, and on April 9, 2018. Shortly thereafter, counsel for BoNYM spoke to Plaintiffs' counsel's assistant on the phone, who indicated the stipulation had been mailed. BoNYM's counsel has not yet received the signed stipulation and order, and was unable to reach Plaintiffs' counsel to obtain approval to e-sign the

stipulation. The parties wish to avoid the expense of dispositive motion briefing in the event they are able to reach settlement.

In addition, BoNYM has a motion to dismiss fully briefed and pending. ECF No. 12, 17. Extension of the dispositive motion deadline would allow additional time for an order to be entered on the motion to dismiss before the parties prepare additional briefing, which could be unnecessary depending on the result of the motion to dismiss.

BoNYM's requested extension would place the new deadlines as follows:

Dispositive Motion Deadline: June 25, 2018.

Joint Pre-Trial Order Deadline: July 25, 2018.

This motion is not intended for the purpose of delay or to prejudice any party, but to allow the parties to finish settlement discussions before incurring additional litigation costs.

DATED this 25th day of April, 2018.

**AKERMAN LLP**

/s/ *Jamie K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED.

DATED: April 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

45037558;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of JApril, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO EXTEND DEADLINES**, addressed to:

Fred W Kennedy. Esq.
**Fred W. Kennedy**
719 South 6th Street
Las Vegas. NV 8910
*Attorney for Plaintiff*

/s/ *Jamie K. Combs*
An employee of AKERMAN LLP

45037558;1

# Exhibit A

# DECLARATION OF JAMIE K. COMBS

I, Jamie K. Combs, Esq., counsel for Bank of New York Mellon (**BoNYM**) declare, under penalty of perjury, as follows:

1.      I am a duly licensed attorney admitted to practice in the State of Nevada.  I am an attorney at Akerman LLP and counsel of record for BoNYM in this matter.

2.      I have personal knowledge of the facts and circumstances set forth in this declaration as specified herein and could and would competently testify to these facts and circumstances in a court of law.

3.      Fred Kennedy, Esq. and I met in person to discuss settlement on March 6, 2018, during which time a settlement offer was conveyed to BoNYM.

4.      At this meeting, we orally agreed to postpone the upcoming deadlines during the settlement negotiations, and intended to submit a stipulation to that effect.

5.      The following week, on March 13, 2018, the parties agreed to allow an appraisal to be done to assist with the settlement negotiations. We are currently awaiting the completion of the appraisal.

6.      I prepared and sent Mr. Kennedy a stipulation to extend deadlines on March 21, 2018 via e-mail.  I sent follow-up e-mails on March 26, 2018, and on April 9, 2018.  Shortly thereafter, I spoke to Plaintiffs' counsel's assistant on the phone, who indicated the stipulation had been mailed.

7.      I have not yet received the signed stipulation and order, and was unable to reach Plaintiffs' counsel today to obtain approval to e-sign the stipulation.

8.      The parties wish to avoid the expense of dispositive motion briefing in the event they are able to reach settlement.

9.      I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Jamie K. Combs*

Jamie K. Combs, Esq.

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572