ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon, as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust, 2006-40T1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR GREGORY LUNDEEN IV and AUDRA MARIE LUNDEEN,<br><br>Plaintiffs,<br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION AKA THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-40T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-40T1; DOES I-X; and ROES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01981-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 29 |

PLEASE TAKE NOTE that Plaintiffs Arthur Gregory Lundeen IV and Audra Marie Lundeen (**Plaintiffs**) and Defendant The Bank of New York Mellon, as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust, 2006-40T1 (**BoNYM**), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

45872349;1

Each party to bear its own costs and fees.

DATED this 26th day of September, 2018.

| AKERMAN LLP | FRED W. KENNEDY, ESQ. |
|---|---|
| /s/ *Jamie K Combs* | /s/ *Fred W Kennedy* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon, as Trustee for the Certificate Holders of the CWALT, Inc., Alternative Loan Trust, 2006-40T1* | FRED W. KENNEDY, ESQ.<br>Nevada Bar No. 2269<br>617 E. Hoover Avenue<br>Las Vegas, NV 89101<br><br>*Attorneys for Arthur Gregory Lundeen IV and Audra Marie Lundeen* |

**Order**

Based on the parties' stipulation **[ECF No. 29]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 23, 2018